Raksaphon NONGRAK, Petitioner,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 05–70463.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 28, 2008.\*

Filed Nov. 7, 2008.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Roman P. Mosqueda, Esq., Los Angeles, CA, for Petitioner.

District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Le-Fevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., Nancy E. Friedman, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

Before: HAWKINS, RAWLINSON, and M. SMITH, Circuit Judges.

MEMORANDUM **

Raksaphon Nongrak, a native and citizen of Thailand, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's ("IJ") decision denying her application for a waiver of inadmissibility pursuant to 8 U.S.C. § 1182(h). We have jurisdiction under 8 U.S.C. § 1252, and we grant the petition for review and remand for further proceedings.

The BIA concluded that Nongrak failed to establish good cause for a continuance. The BIA, however, did not have the benefit of *Cui v. Mukasey*, 538 F.3d 1289 (9th Cir.2008), which held that the denial of a continuance for fingerprint processing prior to April 2005 may be an abuse of discretion. *See id.* at 1292–95; *see also Karapetyan v. Mukasey*, 543 F.3d 1118 (9th Cir. 2008). We note that the record does not appear to support the BIA's statement

that the IJ notified Nongrak of the need to update her criminal background check.

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

